**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Class Counsel*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RANDY ROMERO; ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>GROWLIFE, INC.; ET AL,<br><br>Defendants.<br>________________________<br>AND RELATED CASES<br><br>This Document Relates To: All Actions | Master File No.<br>CV14-3015-CAS(JEMx)<br><br>CLASS ACTION<br><br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D – First Street Courthouse<br>Date: June 4, 2018<br>Time: 10:00 a.m.<br><br>**NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS** |

PLEASE TAKE NOTICE that, on June 4, 2018, Lead Plaintiff Bryan Chong ("Lead Plaintiff"), will move, pursuant to Rule 23 of the Federal Rules of Civil Procedure, before the Honorable Christina A. Snyder., U.S.D.J. of the United States District Court for the Central District of California, First Street Courthouse, 350 W. 1st Street, Courtroom 8D, 8th Floor, Los Angeles, California 90012 for entry of an Order approving the administrative determinations of

Strategic Claim Services ("SCS"), accepting and rejecting claims submitted as recommended herein and in the Declaration of Josephine Bravata Concerning The Results of the Claims Administration Process ("Bravata Declaration").

This motion is based upon the accompanying Memorandum of Points and Authorities and the Declaration of Laurence M. Rosen in support thereof, all other pleadings and matters of record, and such additional evidence or argument as may be requested by the Court.

Lead Plaintiff has conferred with Defendants, and Defendants have stated that they do not oppose this instant motion.

Dated: April 18, 2018

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ *Laurence M. Rosen*

Laurence M. Rosen, Esq.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am attorney with the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On April 18, 2018, I electronically filed the foregoing NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on April 18, 2018.

/s/ *Laurence M. Rosen*
Laurence M. Rosen