UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | Master File No. 2:14-cv-03015-CAS(JEMx) | Date | June 4, 2018 |
| Title | *RANDY ROMERO; ET AL. V. GROWLIFE, INC.; ET AL. [AND RELATED CASES]* THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

Present: The Honorable CHRISTINA A. SNYDER, JUDGE

| Catherine M. Jeang | Lisa Gonzalez | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Yu Shi | Not Present |

**Proceedings:** MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS (Filed 04/18/18)[58]

Hearing held and plaintiffs' counsel is present. The Court confers with plaintiffs' counsel. The Court grants the above-referenced motion. The Court will issue plaintiffs' proposed order forthwith.

00 : 01

Initials of Preparer CMJ